STANLEY STOLZENBERG v. THOMAS P. LAING et al.— Motion to dismiss appeal dismissed as academic by virtue of the fact that the appeal has been perfected for the March 1960 Term. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK BRIGANTI.— Motion for leave to appeal as a poor person denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

DAVID DIAMOND v. NEW YORK STATE TAX COMMISSION.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

In the Matter of ALBERT ARCHIBALD, Deceased. MARY ARCHIBALD; LUTHER V. CHAPMAN et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

MADISON CENTRAL CORPORATION v. HERBERT MCLEAN PURDY MANAGEMENT CORPORATION. FRANCES M. PURDY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 18, 1960, with notice of argument for March 1, 1960, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. DAVID REESE.— Motion for leave to reargue prior motion denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

DAN WONG, as Guardian ad Litem of JOHN WONG, an Infant, v. ELASS VAN HEEL.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

In the Matter of THEODORE BRODY et al. NEW YORK CREDIT MEN'S ADJUSTMENT BUREAU, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY DE STEFANC.— Motion for reconsideration of prior order denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM HERNANDEZ.— Motion requesting leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of Bronx County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Motion requesting a further enlargement of time within which to perfect the appeal granted insofar as to further extend the defendant's time to serve and file the record on appeal and appellant's points to and including March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

In the Matter of ALEX COHEN et al. against JOSEPH SCHECHTER et al., Constituting the Department of Personnel and the Civil Service Commission.— Motion for leave to dispense with printing denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.